**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** William Adam Paul Weiss IV, aka William A. Weiss, IV, aka William A. Weiss, aka William Adam Weiss, aka William Adam Paul Weiss, aka William Weiss, aka William Weiss, IV<br>Debtor(s) | **BK NO. 24-02981 MJC**<br><br>**Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

    Respectfully submitted,

/s/ *Brent J. Lemon*
Brent Lemon
04 Dec 2024, 12:14:37, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322