United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 24-02981-MJC
William Adam Paul Weiss, IV  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Jan 07, 2025      Form ID: ntcnfhrg      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Adam Paul Weiss, IV, 224 East 9th Street, Bloomsburg, PA 17815-2886 |
| 5669476 | ++ | ECSI FEDERAL PERKINS LOAN SERVICER, ATTN DEPARTMENT OF EDUCATION, 1200 CHERRINGTON PARKWAY, SUITE 200, MOON TWP PA 15108-4354 address filed with court:, ECSI, ATTN Bankruptcy, 1200 Cherrington Pkwy, Ste 200, Coraopolis, PA 15108-4354 |
| 5669480 | | First Tech Fcu, Attn: Bankruptcy, 9960 Stevens Creek Blvd, Cupertino, CA 95014 |
| 5669488 | | Service 1st Fcu, 1985 Montour Blvd, Danville, PA 17821-8160 |
| 5669489 | | Service 1st Fcu, Attn: Bankruptcy, 1985 Montour Blvd, Danville, PA 17821-8160 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5669472 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 07 2025 18:53:50 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5669471 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 07 2025 18:54:08 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5669473 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 07 2025 18:54:23 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5669474 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 07 2025 18:54:26 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5669479 | Email/Text: BankruptcyNotices@firsttechfed.com | Jan 07 2025 18:46:00 | First Tech Fcu, 1011 Sunset Blvd, Rocklin, CA 95765-3782 |
| 5669477 | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jan 07 2025 18:46:00 | First National Bank of Pennsylvania, 4140 E State St, Hermitage, PA 16148-3401 |
| 5669478 | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jan 07 2025 18:46:00 | First National Bank of Pennsylvania, Attn: Legal Dept, 3015 Glimcher Blvd, Hermitage, PA 16148-3343 |
| 5672388 | Email/Text: BankruptcyNotices@firsttechfed.com | Jan 07 2025 18:46:00 | First Tech Federal Credit Union, Attn: Bankruptcy PO BOX 2100, Beaverton, OR 97075 |
| 5669482 | Email/Text: EBN@Mohela.com | Jan 07 2025 18:46:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 5669483 | Email/Text: EBN@Mohela.com | Jan 07 2025 18:46:00 | Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 5669481 | ^ MEBN | Jan 07 2025 18:46:11 | MOHELA, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5669485 | | Email/Text: bkrgeneric@penfed.org | Jan 07 2025 18:46:00 | PenFed CU, 2930 Eisenhower Ave, Alexandria, VA 22314-4557 |
| 5669484 | | Email/Text: bkrgeneric@penfed.org | Jan 07 2025 18:46:00 | PenFed CU, 1001 N Fairfax St, Alexandria, VA 22314-1797 |
| 5669487 | | Email/PDF: ebnotices@pnmac.com | Jan 07 2025 19:04:35 | Pennymac Loan Services, LLC, Attn: Correspondence, Unit PO Box 514387, Los Angeles, CA 90051-4387 |
| 5669486 | | Email/PDF: ebnotices@pnmac.com | Jan 07 2025 18:53:54 | Pennymac Loan Services, LLC, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5669491 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 07 2025 18:54:05 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5669490 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 07 2025 19:04:35 | Synchrony Bank/Amazon, PO Box 71737, Philadelphia, PA 19176-1737 |
| 5669492 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 07 2025 19:04:42 | Synchrony/Paypal Credit, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5669493 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 07 2025 19:04:42 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 5669495 | | Email/Text: synovusbankruptcy@synovus.com | Jan 07 2025 18:46:00 | Synovus Bank, Attn: Bankruptcy, 1111 Bay Ave, Columbus, GA 31901-5218 |
| 5669494 | ^ | MEBN | Jan 07 2025 18:46:16 | Synovus Bank, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5673503 | ^ | MEBN | Jan 07 2025 18:46:26 | U.S. Department of Education, ECSI Federal Perkins Loan Servicer, P.O. Box 836, Moon Township, PA 15108-0836 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5669475 | ## | ECSI, 181 Montour Run Rd, Coraopolis, PA 15108-9408 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 10, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2025 at the address(es) listed below:

**Name**            **Email Address**

| | |
|---|---|
| Brent J Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 1 William Adam Paul Weiss IV MyLawyer@JPPLaw.com, g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| William Adam Paul Weiss, IV, aka William A. Weiss, aka William A. Weiss, IV, aka William Adam Weiss, aka William Weiss, IV, aka William Adam Paul Weiss, aka William Weiss, | Chapter | 13 |
| | Case No. | 5:24−bk−02981−MJC |
| **Debtor 1** | | |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**February 13, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: February 20, 2025<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 7, 2025 |

ntcnfhrg (08/21)