IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 13 |
| WILLIAM ADAM PAUL WEISS, IV, | : | |
| aka WILLIAM A. WEISS, IV | : | |
| aka WILLIAM A. WEISS | : | |
| aka WILLIAM ADAM WEISS | : | |
| aka WILLIAM ADAM PAUL WEISS | : | |
| aka WILLIAM WEISS | : | |
| aka WILLIAM WEISS, IV, | : | |
| | : | |
| Debtor | : | Case No.: 5:24-bk-02981-MJC |
| | : | |
| WILLIAM ADAM PAUL WEISS, IV, | : | |
| aka WILLIAM A. WEISS, IV | : | |
| aka WILLIAM A. WEISS | : | |
| aka WILLIAM ADAM WEISS | : | |
| aka WILLIAM ADAM PAUL WEISS | : | |
| aka WILLIAM WEISS | : | |
| aka WILLIAM WEISS, IV, | : | |
| | : | |
| Movant | : | |
| v. | : | |
| PENNYMAC LOAN SERVICES, LLC and | : | |
| JACK N. ZAHAROPOULOS, | : | |
| Chapter 13 Trustee, | : | |
| | : | |
| Respondents | : | |

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF A SALE OF REAL
PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES AND
APPROVING DISTRIBUTION OF PROCEEDS
(Property: 224 East 9th Street, Bloomsburg, Pennsylvania 17815)

William Adam Paul Weiss, IV, Debtor / Movant herein, filed a Motion to Approve Sale
of Real Property Free and Clear of Liens, Claims and Encumbrances and Approving Distribution
of Proceeds (the "Motion") in the United States Bankruptcy Court whereby they seek to sell
certain real property located at and known as 224 Easy 9th Street, Bloomsburg, Pennsylvania
17815 ("the Property"). Such sale is to be free and clear of all liens, claims, and encumbrances,
except a mortgage held by Pennymac Loan Services, LLC as more fully set forth in the Motion.

The Property was listed for sale and the sale is proposed to Kimberly Heidlauf and
Richard Heidlauf (the "Buyers") for the total consideration of $170,000.00 (the "Consideration).

The Sale is not subject to higher and/or better offers.  Moreover, the Buyers are neither relatives nor an insiders of Debtor / Movant.

The disposition from the Property sale is more fully set forth in the Proposed Order (Docket No. 25), which has been filed with the United States Bankruptcy Court.  A copy of such may be obtained from the Clerk's Office of the United States Bankruptcy Court located at 197 South Main Street, Wilkes Barre, Pennsylvania 18701 or by making a request by and through Movant's counsel, The Law Offices of Jason P. Provinzano, 16 W. Northampton Street, Wilkes-Barre, PA 18701.  Moreover, any individuals who request to inspect the Property may also contact Movant's counsel.

Movant seeks allowance to pay or for the closing agent to disburse at closing from the sales proceed funds as follows:

a.  Any and all valid mortgages, which includes but not limited to Pennymac Loan Servicing, LLC.

b.  Any and all valid liens.

c.  Broker's fee as provided for in the Contract (i.e. 3.000% of the Purchase Price).

d.  Any usual and customary notary and/or incidental recording fees associated with the sale of the Real Property for which Debtors, as the Sellers, are responsible.

e.  Payment of all usual and customary closing costs for which Debtor, as the Seller, is responsible.

f.  Debtor's contractual share of the transfer taxes.

g.  Sewer and/or recycling fees due that may be due as of the date of settlement.

h.  Any Municipal Claims due as of the date of settlement.

i.  The payment of customary pro-rations at closing of the current real estate taxes, sewer charges, recycling fees, refuse fees, and other closing costs.

j.  An attorney's fee of One Thousand Five Hundred Dollars ($1,500.00) payable to the Law Offices of Jason P. Provinzano, LLC, which includes costs and expenses associated with filing the Sale Motion from the gross proceed of the sale.

k.  At the time of closing William Adam Paul Weiss, IV, shall receive up to $27,900.00, which represents the Debtor's allowed exemption.

l.  The remaining net sale proceeds shall be paid to Jack N. Zaharopoulos, Chapter 13 Trustee, for distribution pursuant to the plan.

Answers or Objections to Movant's Motion to Approve Sale of Real Property Free and Clear of Liens, Claims and Encumbrances and Approving Distribution of Proceeds must be filed with the Clerk's Office of the United States Bankruptcy Court, 197 South Main Street, Wilkes-Barre, Pennsylvania 18701 on or before **MAY 10, 2026**.

If no Answers or Objections are timely filed, the Court may grant the relief requested upon the filing of a Certification of No Answer or Objection and without a hearing.

A hearing on any Answers or Objections will be heard on **MAY 27, 2026, at 10:00 AM**, at the United States Bankruptcy Court, Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes-Barre, Pennsylvania 18701.

The date of this Notice is the date of mailing, as set forth below. All Answers or Objections must conform to the Federal Rules of Bankruptcy Procedure and must be served upon Movant and Movant's Counsel at the address below.

Attn: Jason P. Provinzano, Esquire
Law Offices of Jason P. Provinzano, LLC
16 W. Northampton Street
Wilkes-Barre, PA 18701
P: 570-822-5771
F: 570-908-6664
E-mail: MyLawyer@JPPLaw.com

DATE OF NOTICE AND DATE OF SERVICE / MAILING: **APRIL 19, 2026**