IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:                                              :
                                                    :        Chapter 13
WILLIAM ADAM PAUL WEISS, IV,                        :
aka WILLIAM A. WEISS, IV                            :
aka WILLIAM A. WEISS                                :
aka WILLIAM ADAM WEISS                              :
aka WILLIAM ADAM PAUL WEISS                         :
aka WILLIAM WEISS                                   :
aka WILLIAM WEISS, IV,                              :
                                                    :        Case No.: 5:24-bk-02981-MJC
                                 Debtor             :
                                                    :
WILLIAM ADAM PAUL WEISS, IV,                        :
aka WILLIAM A. WEISS, IV                            :
aka WILLIAM A. WEISS                                :
aka WILLIAM ADAM WEISS                              :
aka WILLIAM ADAM PAUL WEISS                         :
aka WILLIAM WEISS                                   :
aka WILLIAM WEISS, IV,                              :
                                                    :
                                 Movant             :
                v.                                  :
                                                    :
PENNYMAC LOAN SERVICES, LLC and :
JACK N. ZAHAROPOULOS,                               :
Chapter 13 Trustee,                                 :
                                                    :
                                 Respondents        :

CERTIFICATE OF SERVICE

I certify that on April 19, 2026, Jason P. Provinzano, Esquire, served a copy of Debtor's

Motion to Approve Sale of Real Property Located at 224 East 9th Street, Bloomsburg,

Pennsylvania 17815, Proposed Order, and Notice, upon all individuals listed on the attached

mailing matrix via first class mail / postage prepaid as well as:

Jack N. Zaharopoulos, Chapter 13 Trustee                      via ECF
Brent J. Lemon attorney for Pennymac Loan Services, LLC       via ECF
The United States Trustee                                     via ECF

I certify under penalty of perjury that the foregoing is true and correct.


Date: <u>April 19, 2026</u>                                   <u>/s/ Jason P. Provinzano, Esquire</u>
                                                              By: Jason P. Provinzano, Esquire
                                                              Law Offices of Jason P. Provinzano, LLC

Label Matrix for local noticing
0314-5
Case 5:24-bk-02981-MJC
Middle District of Pennsylvania
Wilkes-Barre
Sun Apr 19 11:10:22 EDT 2026

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One
PO Box 31293
Salt Lake City, UT 84131-0293

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0040

Citibank
PO Box 6217
Sioux Falls, SD 57117-6217

ECSI
181 Montour Run Rd
Coraopolis, PA 15108-9408

ECSI
ATTN Bankruptcy
1200 Cherrington Pkwy
Ste 200
Coraopolis, PA 15108-4354

First National Bank of Pennsylvania
4140 E State St
Hermitage, PA 16148-3401

First National Bank of Pennsylvania
Attn: Legal Dept
3015 Glimcher Blvd
Hermitage, PA 16148-3343

(p)FIRST TECH FEDERAL CREDIT UNION
ATTN SAM BANKRUPTCY
P O BOX 2100
BEAVERTON OR 97076-2100

First Tech Fcu
Attn: Bankruptcy
9960 Stevens Creek Blvd
Cupertino, CA 95014

First Tech Federal Credit Union
Attn: Bankruptcy PO BOX 2100
Beaverton, OR 97075

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

MOHELA
120 N Seven Oaks Dr
Knoxville, TN 37922-2359

(p)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PenFed CU
1001 N Fairfax St
Alexandria, VA 22314-1797

PenFed CU
2930 Eisenhower Ave
Alexandria, VA 22314-4557

PennyMac Loan Services, LLC.
P.O. Box 2410
Moorpark, CA 93020-2410

Pennymac Loan Services, LLC
Attn: Correspondence
Unit PO Box 514387
Los Angeles, CA 90051-4387

Pennymac Loan Services, LLC
PO Box 514387
Los Angeles, CA 90051-4387

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788
Quantum3 Group LLC as agent for
Sadino Funding LLC  98083-0788

Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Service 1st Fcu
1985 Montour Blvd
Danville, PA 17821-8160

Service 1st Fcu
Attn: Bankruptcy
1985 Montour Blvd
Danville, PA 17821-8160

Synchrony Bank/Amazon
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Amazon
PO Box 71737
Philadelphia, PA 19176-1737

Synchrony/Paypal Credit
Attn: Bankruptcy
PO Box 965064
Orlando, FL 32896-5064

Synchrony/Paypal Credit
PO Box 71727
Philadelphia, PA 19176-1727

Synovus Bank
Attn: Bankruptcy
1111 Bay Ave
Columbus, GA 31901-5218

Synovus Bank
PO Box 31293
Salt Lake City, UT 84131-0293

(p)THE DEPARTMENT OF EDUCATION
ATTN ECSI FEDERAL PERKINS LOAN SERVICER
1200 CHERRINGTON PARKWAY SUITE 200
MOON TWP PA 15108-4354

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

(p)JACK N  ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

Jason Paul Provinzano
Law Offices of Jason P. Provinzano, LLC
16 W. Northampton Street
Wilkes Barre, PA 18701-1708

William Adam Paul Weiss, IV
224 East 9th Street
Bloomsburg, PA 17815-2886

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

First Tech Fcu
1011 Sunset Blvd
Rocklin, CA 95765-3782

Jefferson Capital Systems LLC
PO Box 7999
St. Cloud, MN 56302-9617

MOHELA
Attn: Bankruptcy
633 Spirit Dr
Chesterfield, MO 63005-1243

(d)Mohela/Dept of Ed
633 Spirit Dr
Chesterfield, MO 63005-1243

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

U.S. Department of Education
ECSI Federal Perkins Loan Servicer
P.O. Box 836
Moon Township, PA 15108

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PENNYMAC LOAN SERVICES, LLC

(d)Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

End of Label Matrix
Mailable recipients    37
Bypassed recipients     2
Total                  39