In re:                                                                    Case No. 24-02981-MJC

William Adam Paul Weiss, IV                                Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                 User: AutoDocke               Page 1 of 1

Date Rcvd: Jun 16, 2026          Form ID: nthrgreq           Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2026:**

**Recip ID**            **Recipient Name and Address**

     + Jessica Weiss, Attn Hank J Clarke Esq, Lepley Engelman Yaw & Wilk LLC, 320 Market Street, Lewisburg, PA 17837-1420

     + Jessica Weiss, 920 McGuire Road Apt 7, Bloomsburg, PA 17815-8561

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2026               Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2026 at the address(es) listed below:**

**Name**            **Email Address**

Jack N Zaharopoulos
     ecf@pamd13trustee.com

Jason Paul Provinzano
     on behalf of Debtor 1 William Adam Paul Weiss  IV MyLawyer@JPPLaw.com,
     g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com

Matthew K. Fissel
     on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

United States Trustee
     ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

William Adam Paul Weiss, IV
aka William A. Weiss, aka William A. Weiss, IV, aka William
Adam Weiss, aka William Weiss, IV, aka William Adam Paul
Weiss, aka William Weiss

**Debtor 1**

William Adam Paul Weiss, IV
aka William A. Weiss, aka William A. Weiss, IV, aka William
Adam Weiss, aka William Weiss, IV, aka William Adam Paul
Weiss, aka William Weiss
**Movant(s)**

vs.

Pennymac Loan Services, LLC
Jessica Weiss
Jack N. Zaharopoulos, Trustee
**Respondent(s)**

Chapter: 13

Case number: 5:24−bk−02981−MJC

Document Number: 30

Matter: Debtor's Motion to Amend Sale
Order

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on November 18, 2024.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701** | **Date: 7/9/26** <br> **Time: 10:00 AM** |

Any objection/response to the above referenced matter must be filed and served on or before **June 30, 2026**.

Any objection/response filed will be heard at the above scheduled hearing.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Seth F. Eisenberg <br> Clerk of the Bankruptcy Court: <br> By: ChristopherGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 16, 2026 |

nthrgreq(02/19)