FILED '26 AUG 10 PM1:28
CLERK, US COURT, PAMB

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| WILLIAM ADAM PAUL WEISS, IV | : Chapter 13 |
| aka WILLIAM A. WEISS, IV | : |
| aka WILLIAM A. WEISS | : |
| aka WILLIAM ADAM WEISS | : |
| aka WILLIAM ADAM PAUL WEISS | : |
| aka WILLIAM WEISS | : |
| aka WILLIAM WEISS, IV | : |
| Debtor | : Case No. 5:24-bk-02981-MJC |
| | : |
| v. | : |
| | : |
| JESSICA WEISS, | : |
| Movant | : |
| | : |
| v. | : |
| | : |
| WILLIAM ADAM PAUL WEISS, IV, et.al. | : |
| Respondent | : |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

**AND NOW,** comes, Jessica Weiss, the non-filing spouse of the above captioned Debtor, by and through her attorney, Hank J. Clarke, Esquire, and the law firm of Lepley, Engelman, Yaw & Wilk, LLC, to file this Motion For Relief from Automatic Stay, and move this honorable Court, pursuant to 11 U.S.C. §362(d)(1), for an Order granting relief from the automatic stay, and in support thereof, avers as follows:

1. The Movant is Jessica Weiss, an adult individual who currently resides at 920 McGuire Road, Apartment 7, Bloomsburg, Pennsylvania 17815, and is the non-filing spouse of the Debtor, William Adam Paul Weiss, IV.

2. Movant is the defendant in an action for Divorce filed by Debtor in the Court of Common Pleas of Columbia County, Pennsylvania, on July 14, 2025, which is docketed to No.

844 of 2025. A true and correct copy of the Complaint in Divorce is attached hereto, marked as Exhibit A, and incorporated herein by reference.

3. The Complaint in Divorce seeks, among other relief, equitable distribution of the marital estate.

4. Debtor commenced a Chapter 13 Bankruptcy action by a voluntary petition filed with this honorable Court on November 18, 2024.

5. The automatic stay, pursuant to 11 U.S.C. §362(a) began on that same date.

6. 11 U.S.C. §362(d)(1) provides that the court may grant relief from the automatic stay to a party in interest after notice and hearing by terminating, annulling, modifying, or conditioning such stay for cause, including the lack of adequate protection of an interest in property of such party in interest.

7. Movant seeks limited relief from the stay to allow the Court of Common Pleas of Columbia Count, Pennsylvania, to oversee discovery related to marital property and equitable distribution, matters in which the state court possesses established expertise and which bear directly on the proper administration of this bankruptcy case.

8. Specifically, Movant seeks disclosure of documents relating to the assets and debts alleged in Debtor's Chapter 13 petition, whether such assets and debts are marital, and the valuations of such assets and debts on the date of final separation.

9. Without relief from the automatic stay, Movant cannot proceed with discovery in the Court of Common Pleas of Columbia County, Pennsylvania, necessary to establish the nature, extent, and value of marital assets for purposes of equitable distribution.

10. This honorable Court routinely modifies the automatic stay to permit state family courts to proceed with divorce proceedings, determine equitable distribution, and conduct related discovery. *See, In re Chandler*, 441 B.R. 452 (Bankr. E.D. Pa. 2010).

11. The Court of Common Pleas of Columbia County, Pennsylvania, possesses the established expertise and is the appropriate forum to oversee discovery and determine equitable distribution issues in this domestic relations matter.

**WHEREFORE**, in the interest of justice, Movant, Jessica Weiss, respectfully requests this honorable Court enter an Order:

A. Granting relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) to permit Movant to conduct discovery in the Divorce Action pending in the Court of Common Pleas of Columbia County, Pennsylvania, docketed to No. 824 of 2025, solely for the purpose of equitable distribution of the marital estate;

B. Designating Court of Common Pleas of Columbia County, Pennsylvania as the appropriate forum for any discovery disputes arising in connection with such discovery; and

C. Granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

**LEPLEY, ENGELMAN, YAW & WILK, LLC**

Hank J. Clarke, Esquire
Pa. Attorney ID #209147
320 Market Street
Lewisburg, PA 17837
Phone: (570) 522-0505
Email: hankc@lepleylaw.com
*Attorney for Movant*

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| WILLIAM ADAM PAUL WEISS, IV | : Chapter 13 |
| aka WILLIAM A. WEISS, IV | : |
| aka WILLIAM A. WEISS | : |
| aka WILLIAM ADAM WEISS | : |
| aka WILLIAM ADAM PAUL WEISS | : |
| aka WILLIAM WEISS | : |
| aka WILLIAM WEISS, IV | : |
| Debtor | : Case No. 5:24-bk-02981-MJC |
| | : |
| v. | : |
| | : |
| JESSICA WEISS, | : |
| Movant | : |
| | : |
| v. | : |
| | : |
| WILLIAM ADAM PAUL WEISS, IV, et.al. | : |
| Respondent | : |

**CERTIFICATE OF SERVICE**

I, Hank J. Clarke, Esquire, Attorney for the Movant, Jessica Weiss, served a copy of the Motion for Relief from Automatic Stay and Proposed Order upon all individuals listed on the attached mailing matrix via first class mail/postage pre-paid as well as:

| | |
|---|---|
| Jason P. Provinzano, Esquire<br>Law offices of Jason P. Provinzano<br>16 W. Northampton Street<br>Wilkes-Barre, PA 18701 | via first class U.S. mail and<br>email mylawyer@jpplaw.com |
| William Adam Paul Weiss, IV<br>Michael I. Butera, Esquire<br>159 S. Main Street<br>Pittston, PA 18640 | via first class U.S. mail and<br>email mibbutters@yahoo.com |

Jessica Weiss
920 McGuire Road, Apartment 7
Bloomsburg, PA 17815

via first class U.S. mail

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

**LEPLEY, ENGELMAN, YAW & WILK, LLC**

Hank J. Clarke, Esquire
Pa. Attorney ID# 209147
320 Market Street
Lewisburg, PA 17837
Phone: (570) 522-0505
Fax: (570) 522-0491
*Attorney for the Movant*

Date: August 6, 2026

Quantum3 Group LLC as Agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701-1500

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Citibank
Citicorp Cr Servs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 6379-040

Citibank
PO Box 6217
Sioux Falls, SD 57117-6217

ECSI
181 Montour Run Road
Coraopolis, PA 15108-9408

ECSI
ATTN Bankruptcy
1200 Cherrington Pkwy
St 200
Coraopolis, PA 15108-4354

First National Bank of Pennsylvania
4140 E. State Street
Hermitage, PA 16148-3401

First National Bank of Pennsylvania
Attn: Legal Department
3015 Glimcher Blvd
Hermitage, PA 16148-3343

(p) First Tech Federal Credit Union
Attn Sam Bankruptcy
PO Box 2100
Beaverton, OR 97076-2100

First Tech FCU
Attn: Bankruptcy
9960 Stevens Creek Blvd
Cupertino, CA 95014

First Tech Federal Credit Union
Attn: Bankruptcy PO Box 2100
Beaverton, OH 97075

(p) Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud, MN 56302-799

Mohela
120 N. Seven Oaks Drive
Knoxville, TN 37922-2539

(p) Mohela
Claims Department
63 Spirit Drive
Chesterfield, MO 63005-1243

(p) Portfolio Recovery Associates LLC
PO Box 41067
Norfolk, VA 23541

PenFed CU
1001 N. Fairfax Street
Alexandria, VA 22314-1797

PenFed CU
2930 Eisenhower Ave
Alexandria, VA 22314-4557

PennyMac Loan Services, LLC
PO Box 2410
Moorpark, CA 93020-2410

PennyMac Loan Services, LLC
PO Box 514387
Los Angeles, CA 90051-4387

Quantum3 Group LLC as Agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Service 1st FCU
1985 Montour Blvd
Danville, PA 17821-8160

Services 1st FCU
Attn: Bankruptcy
1985 Montour Blvd
Danville, PA 17821-8160

Synchrony Bank/Amazon
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Amazon
PO Box 71737
Philadelphia, PA 19176-1737

Synchrony/Paypal Credit
Attn: Bankruptcy
PO Box 965064
Orlando, FL 32896-5064

PennyMac Loan Services, LLC
Attn: Correspondence
Unit PO Box 514387
Los Angeles, CA 90051-4387

Label Matric for Local Noticing
Case 5:24-BK-02981-MJC
Middle District of Pennsylvania
Wilkes-Barre
8/5/2026 2:49:46 PM

Synchrony/Paypal Credit
PO Box 71727
Philadelphia, PA 19176-1727

Synovus Bank
Attn: Bankruptcy
1111 Bay Ave
Columbus, GA 31901-5218

Synovus Bank
PO Box 31293
Salt Lake City, UT 84131-0293

(p) The Department of Education
ATTN ECSI Federal Perkins Loan Servicer
1200 Cherrington Parkway Suite 200
Moon Twp, PA 15108-4354

United States Trustee
US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102-1104

(p) Jack N. Zaharopoulos
Attn: Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown PA 17036-8625

Jason Paul Provinzano
Law Offices of Jason P. Provinzano, LLC
16 W. Northampton Street
Wilkes-Barre, PA 18701-1708

William Adam Paul Weiss, IV
224 East 9th Street
Bloomsburg, PA 17815-2886

Citibank
PO Box 6217
Sioux Falls, SD 57117-6217

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a notice of Address filed pursuant to 11 U.S.C 342(f) and Fed.R.Bank.P. 2002 (g)(4).

FirstTech FCU
1011 Sunset Blvd
Rocklin, CA 95765-3782

Jefferson Capital Systems LLC
PO Vox 7999
St. Cloud, MN 56302

Mohela
Attn: Bankruptcy
633 Spirit Dr
Chesterfield, MO 63005-1243

(d) Mohela/Dept of Ed
633 Spirit Drive
Chesterfield, MO 63005-1243

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk, VA 23541

The Department of Education
ATTN ECSI Federal Perkins Loan Servicer
1200 Cherrington Parkway Suite 200
Moon Twp, PA 15108-4354

Jack N. Zaharopoulos
Attn: Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown PA 17036-8625

The following recipients may be/have been bypassed for notice due an Undeliverable (u) or duplicate (d) address

(u) PennyMac Loan Services, LLC

(d) Quantum3 Group LLC as Agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788