IN THE UNITED STATE BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| WILLIAM ADAM PAUL WEISS, IV | : Chapter 13 |
| aka WILLIAM A. WEISS, IV | : |
| aka WILLIAM A. WEISS | : |
| aka WILLIAM ADAM WEISS | : |
| aka WILLIAM ADAM PAUL WEISS | : |
| aka WILLIAM WEISS | : |
| aka WILLIAM WEISS, IV | : |
| Debtor | : Case No. 5:24-bk-02981-MJC |
| | : |
| v. | : |
| | : |
| JESSICA WEISS, | : |
| Movant | : |
| | : |
| v. | : |
| | : |
| WILLIAM ADAM PAUL WEISS, IV, et.al. | : |
| Respondent | : |

**AMENDED MOTION FOR RELIEF FROM AUTOMATIC STAY**

**AND NOW,** comes, Jessica Weiss, the non-filing spouse of the above captioned Debtor, by and through her attorney, Hank J. Clarke, Esquire, and the law firm of Lepley, Engelman, Yaw & Wilk, LLC, to file this Amended Motion For Relief from Automatic Stay, and move this honorable Court, pursuant to 11 U.S.C. §362(d)(1), for an Order granting relief from the automatic stay, and in support thereof, avers as follows:

1. The Movant is Jessica Weiss, an adult individual who currently resides at 920 McGuire Road, Apartment 7, Bloomsburg, Pennsylvania 17815, and is the non-filing spouse of the Debtor, William Adam Paul Weiss, IV.

2. Movant filed a Motion for Relief from Automatic Stay on August 10th, 2026 via paper filing.

3. Counsel was made aware of inaccuracies with the original filing on or around September 22, 2026.

4. On this same date, Undersigned was made aware of deficiency in the filing fee for this previously filed Motion for Relief.

5. Therefore, Counsel is filing this Amended Motion for Relief from Automatic Stay as follows.

6. Movant is the defendant in an action for Divorce filed by Debtor in the Court of Common Pleas of Columbia County, Pennsylvania, on July 14, 2025, which is docketed to No. 844 of 2025. A true and correct copy of the Complaint in Divorce is attached hereto, marked as Exhibit A, and incorporated herein by reference.

7. An Answer and Counterclaim filed on September 22, 2025 to the Complaint in Divorce seeks, among other relief, equitable distribution of the marital estate. A true and correct copy of the Complaint in Divorce is attached hereto, marked as Exhibit B, and incorporated herein by reference.

8. Debtor commenced a Chapter 13 Bankruptcy action by a voluntary petition filed with this honorable Court on November 18, 2024.

9. The automatic stay, pursuant to 11 U.S.C. §362(a) began on that same date.

10. 11 U.S.C. §362(d)(1) provides that the court may grant relief from the automatic stay to a party in interest after notice and hearing by terminating, annulling, modifying, or conditioning such stay for cause, including the lack of adequate protection of an interest in property of such party in interest.

11. Movant seeks limited relief from the stay to allow the Court of Common Pleas of Columbia Count, Pennsylvania, to oversee discovery related to marital property and equitable

distribution, matters in which the state court possesses established expertise and which bear directly on the proper administration of this bankruptcy case.

12. Specifically, Movant seeks disclosure of documents relating to the assets and debts alleged in Debtor's Chapter 13 petition, whether such assets and debts are marital, and the valuations of such assets and debts on the date of final separation.

13. Without relief from the automatic stay, Movant cannot proceed with discovery in the Court of Common Pleas of Columbia County, Pennsylvania, necessary to establish the nature, extent, and value of marital assets for purposes of equitable distribution.

14. This honorable Court routinely modifies the automatic stay to permit state family courts to proceed with divorce proceedings, determine equitable distribution, and conduct related discovery. *See, In re Chandler*, 441 B.R. 452 (Bankr. E.D. Pa. 2010).

15. The Court of Common Pleas of Columbia County, Pennsylvania, possesses the established expertise and is the appropriate forum to oversee discovery and determine equitable distribution issues in this domestic relations matter.

**WHEREFORE**, in the interest of justice, Movant, Jessica Weiss, respectfully requests this honorable Court enter an Order:

A. Granting relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) to permit Movant to conduct discovery in the Divorce Action pending in the Court of Common Pleas of Columbia County, Pennsylvania, docketed to No. 824 of 2025, solely for the purpose of equitable distribution of the marital estate;

B. Designating Court of Common Pleas of Columbia County, Pennsylvania as the appropriate forum for any discovery disputes arising in connection with such discovery; and

C. Granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

**LEPLEY, ENGELMAN, YAW & WILK, LLC**

Hank J. Clarke, Esquire
Pa. Attorney ID #209147
320 Market Street
Lewisburg, PA 17837
Phone: (570) 522-0505
Email: hankc@lepleylaw.com
*Attorney for Movant*

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| WILLIAM ADAM PAUL WEISS, IV | : Chapter 13 |
| aka WILLIAM A. WEISS, IV | : |
| aka WILLIAM A. WEISS | : |
| aka WILLIAM ADAM WEISS | : |
| aka WILLIAM ADAM PAUL WEISS | : |
| aka WILLIAM WEISS | : |
| aka WILLIAM WEISS, IV | : |
| Debtor | : Case No. 5:24-bk-02981-MJC |
| | : |
| v. | : |
| | : |
| JESSICA WEISS, | : |
| Movant | : |
| | : |
| v. | : |
| | : |
| WILLIAM ADAM PAUL WEISS, IV, et.al. | : |
| Respondent | : |

## ORDER OF COURT

**AND NOW**, this ____ day of __________, 2026, upon consideration of the foregoing Motion for Relief from Automatic Stay, after counsel's certification that proper notice was provided to all parties entitled to notice, no responses having been filed thereto, it is hereby **ORDERED** and **DECREED** that the Motion is GRANTED.

Furthermore, it is hereby **ORDERED** that:

1. Movant is granted relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) to permit Movant to conduct discovery in the Divorce Action pending in the Court of Common Pleas of Columbia County, Pennsylvania, docketed to No. 824 of 2025, solely for the purpose of equitable distribution of the marital estate, and

2. The Court of Common Pleas of Columbia County, Pennsylvania is the appropriate forum for any discovery disputes arising in connection with such discovery and shall litigate any and all disputes arising therefrom.

BY THE COURT,

______________________________ J.

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| WILLIAM ADAM PAUL WEISS, IV | : Chapter 13 |
| aka WILLIAM A. WEISS, IV | : |
| aka WILLIAM A. WEISS | : |
| aka WILLIAM ADAM WEISS | : |
| aka WILLIAM ADAM PAUL WEISS | : |
| aka WILLIAM WEISS | : |
| aka WILLIAM WEISS, IV | : |
| Debtor | : Case No. 5:24-bk-02981-MJC |
| | : |
| v. | : |
| | : |
| JESSICA WEISS, | : |
| Movant | : |
| | : |
| v. | : |
| | : |
| WILLIAM ADAM PAUL WEISS, IV, et.al. | : |
| Respondent | : |

**ORDER OF COURT**

Hank J. Clarke, Esquire, of Lepley, Engelman, Yaw & Wilk LLC, Attorney for the Movant, Jessica Weiss, served a copy of the Motion for Relief from Automatic Stay and Proposed Orders upon all individuals listed on the attached mailing matrix via first class mail/postage pre-paid as well as:

Jason P. Provinzano, Esquire
Law Offices of Jason P. Provinzano
16 W. Northampton Street
Wilkes-Barre, PA 18701

William Adam Paul Weiss, IV
Michael I. Butera, Esquire
159 S. Main Street,
Pittston, PA 18640

Jessica Weiss
920 McGuire Road, Apartment 7
Bloomsburg, PA 17815

| | |
|---|---|
| Jack N. Zaharopoulos, Chapter 13 Trustee | via CM/ECF |
| Brent J. Lemon, Counsel for Pennymac Laon Services, LLC | via CM/ECF |
| The United States Trustee | via CM/ECF |

Respectfully submitted,

**LEPLEY, ENGELMAN, YAW & WILK, LLC**

Hank J. Clarke, Esquire
Pa. Attorney ID #209147
320 Market Street
Lewisburg, PA 17837
Phone: (570) 522-0505
Email: hankc@lepleylaw.com
*Attorney for Movant*

Quantum3 Group LLC as Agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701-1500

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Citibank
Citicorp Cr Servs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 6379-040

Citibank
PO Box 6217
Sioux Falls, SD 57117-6217

ECSI
181 Montour Run Road
Coraopolis, PA 15108-9408

ECSI
ATTN Bankruptcy
1200 Cherrington Pkwy
St 200
Coraopolis, PA 15108-4354

First National Bank of Pennsylvania
4140 E. State Street
Hermitage, PA 16148-3401

First National Bank of Pennsylvania
Attn: Legal Department
3015 Glimcher Blvd
Hermitage, PA 16148-3343

(p) First Tech Federal Credit Union
Attn Sam Bankruptcy
PO Box 2100
Beaverton, OR 97076-2100

First Tech FCU
Attn: Bankruptcy
9960 Stevens Creek Blvd
Cupertino, CA 95014

First Tech Federal Credit Union
Attn: Bankruptcy PO Box 2100
Beaverton, OH 97075

(p) Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud, MN 56302-799

Mohela
120 N. Seven Oaks Drive
Knoxville, TN 37922-2539

(p) Mohela
Claims Department
63 Spirit Drive
Chesterfield, MO 63005-1243

(p) Portfolio Recovery Associates LLC
PO Box 41067
Norfolk, VA 23541

PenFed CU
1001 N. Fairfax Street
Alexandria, VA 22314-1797

PenFed CU
2930 Eisenhower Ave
Alexandria, VA 22314-4557

PennyMac Loan Services, LLC
PO Box 2410
Moorpark, CA 93020-2410

PennyMac Loan Services, LLC
PO Box 514387
Los Angeles, CA 90051-4387

Quantum3 Group LLC as Agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Service 1st FCU
1985 Montour Blvd
Danville, PA 17821-8160

Services 1st FCU
Attn: Bankruptcy
1985 Montour Blvd
Danville, PA 17821-8160

Synchrony Bank/Amazon
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Amazon
PO Box 71737
Philadelphia, PA 19176-1737

Synchrony/Paypal Credit
Attn: Bankruptcy
PO Box 965064
Orlando, FL 32896-5064

PennyMac Loan Services, LLC
Attn: Correspondence
Unit PO Box 514387
Los Angeles, CA 90051-4387

Label Matric for Local Noticing
Case 5:24-BK-02981-MJC
Middle District of Pennsylvania
Wilkes-Barre
8/5/2026 2:49:46 PM

Synchrony/Paypal Credit
PO Box 71727
Philadelphia, PA 19176-1727

Synovus Bank
Attn: Bankruptcy
1111 Bay Ave
Columbus, GA 31901-5218

Synovus Bank
PO Box 31293
Salt Lake City, UT 84131-0293

(p) The Department of Education
ATTN ECSI Federal Perkins Loan Servicer
1200 Cherrington Parkway Suite 200
Moon Twp, PA 15108-4354

United States Trustee
US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102-1104

(p) Jack N. Zaharopoulos
Attn: Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown PA 17036-8625

Jason Paul Provinzano
Law Offices of Jason P. Provinzano, LLC
16 W. Northampton Street
Wilkes-Barre, PA 18701-1708

William Adam Paul Weiss, IV
224 East 9th Street
Bloomsburg, PA 17815-2886

Citibank
PO Box 6217
Sioux Falls, SD 57117-6217

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a notice of Address filed pursuant to 11 U.S.C 342(f) and Fed.R.Bank.P. 2002 (g)(4).

FirstTech FCU
1011 Sunset Blvd
Rocklin, CA 95765-3782

Jefferson Capital Systems LLC
PO Vox 7999
St. Cloud, MN 56302

Mohela
Attn: Bankruptcy
633 Spirit Dr
Chesterfield, MO 63005-1243

(d) Mohela/Dept of Ed
633 Spirit Drive
Chesterfield, MO 63005-1243

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk, VA 23541

The Department of Education
ATTN ECSI Federal Perkins Loan Servicer
1200 Cherrington Parkway Suite 200
Moon Twp, PA 15108-4354

Jack N. Zaharopoulos
Attn: Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown PA 17036-8625

The following recipients may be/have been bypassed for notice due an Undeliverable (u) or duplicate (d) address

(u) PennyMac Loan Services, LLC

(d) Quantum3 Group LLC as Agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Michael I. Butera
Attorney at Law
159 South Main St.
Pittston, PA 18640
Bar ID#23676
(570) 654-0067
(570) 654-4453 FAX

EXHIBIT A

FILED PROTHONOTARY
2025 JUL 14 AM 11:39
CLERK OF COURTS OFFICE
COUNTY OF COLUMBIA, PA

| | |
|---|---|
| WILLIAM ADAM PAUL WEISS,<br>Plaintiff<br>v.<br><br>JESSICA WEISS,<br>Defendant | IN THE COURT OF COMMON PLEAS OF COLUMBIA COUNTY<br><br>CIVIL ACTION – LAW<br><br>IN DIVORCE<br><br>NO. 844 OF 2025 |

## NOTICE TO DEFEND AND CLAIM RIGHTS

| | | | |
|---|---|---|---|
| X | Divorce | | Annulment of Marriage |
| | Permanent Alimony | | Temporary Alimony |
| | Division of Property | | Child Support |
| | Custody | | Visitation |
| | Attorneys Fees | | Court Costs |

If you wish to defend against these claims, you must take prompt action after this Complaint, and Notice are served upon you. You are warned that if you fail to do so, a case may proceed without you and a Decree of Divorce or Annulment may be entered against you by the Court without further notice. A judgment may also be entered against you for any other claim or relief requested above by the Plaintiff. You may lose money or property or other rights important to you, including custody or visitation of your children.

IF YOU DO NOT FILE A CLAIM FOR ALIMONY, MARITAL PROPERTY, COUNSEL FEES OR EXPENSES BEFORE THE FINAL DECREE OF DIVORCE OR ANNULMENT IS ENTERED YOU WILL LOSE THE RIGHT TO CLAIM ANY OF THEM.

You are further notified that under the Divorce Code you may request that the Court direct you and your spouse to attend marriage counseling. A list of professional marriage counselors is available at the Domestic Relations Office at the Columbia County Court House, Bloomsburg, Pennsylvania. The list will be made available to you upon request.

If you desire to pursue counseling, you must make your request for counseling within twenty (20) days of the date on which you receive this Notice. This request must be made upon proper motion filed with the Court. Failure to do so will constitute a waiver of your right to request counseling.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

NORTH PENN LEGAL SERVICES
168 E. FIFTH STREET
BLOOMSBURG, PA 17815

Respectfully submitted,

Michael I. Butera

MICHAEL I. BUTERA, ESQUIRE
Attorney for Plaintiff

## AVISO

A USTED SE LE HA DEMANDADO EN LA CORTE. Si usted quiere defenderse contra la demanda expuesta en las siguientes paginas, tiene que tomar accion en un plazo de veinte (20) dias despues que reciba esta demanda y aviso, por presenter una notificacion de comparecencia escrita personalmente o por un abogado y radicar por escrito en la Corte sus defensas u objeciones a las demandas presentadas en su contra. Se le advierte que si falla en hacerlo, el caso podria ser dictado en su contra por la Corte sin previo aviso por cualquier dinero reclamado en la demanda o por cualquier otro reclamo o desagravio pedido por el/la demandante. Puede que usted pierda dinero o propiedad u ostros derechos importantes para usted. USTED DEBE LLEVAR ESTE DOCUMENTO A SU ABOGADO, INMEDIATAMENTE. SI NO TIENE ABOGADO, DIRIJASE O LLAME POR TELEFONO A LA OFICINACUYA DIRECCION SE ENCUENTRA ABAJO. ESTA OFICINA PROVEERLE CON INFORMACION SOBRE COMO CONTRATAR UN ABOGADO. SI NO TIENE LOS FONDOS SUFICIENTES PARA CONTRATAR UN ABOGADO, ESTA OFICINA PODRIA PROPORCIONABLE INFORMACION ACERCA DE AGENCIAS QUE PUEDAN OFRECERLES SERVICIOS LEGALES A PERSONAS QUE REUNAN LOS REQEQUISITOS A UN HONORARIO REDUCIDO O GRATIS.

Prothonotary
Columbia County Courthouse
35 West Main Street
Bloomsburg, PA 17815

**Michael I. Butera**
**Attorney at Law**
**159 South Main St.**
**Pittston, PA 18640**
**Bar ID#23676**
**(570) 654-0067**
**(570) 654-4453 FAX**

FILED
PROTHONOTARY
2025 JUL 14 AM 11:39
CLERK OF COURTS OFFICE
COUNTY OF COLUMBIA, PA

| | |
|---|---|
| WILLIAM ADAM PAUL WEISS,<br>Plaintiff<br>v.<br><br>JESSICA WEISS,<br>Defendant | IN THE COURT OF COMMON PLEAS OF COLUMBIA COUNTY<br><br>CIVIL ACTION – LAW<br><br>IN DIVORCE<br><br>NO. 844 OF 2025 |

## COMPLAINT IN DIVORCE

NOW COMES, the Plaintiff, WILLIAM ADAM PAUL WEISS, by and through his attorney, Michael I. Butera, and complains of the above-named Defendant as follows:

## FACTS COMMON TO ALL COUNTS

1. The Plaintiff is an adult individual who currently resides at 224 E. 9th Street, Bloomsburg, PA 17815, Columbia County, Pennsylvania 17815.

2. The Defendant is an adult individual who currently resides at 224 E. 9th Street, Bloomsburg, PA 17815, Columbia County, Pennsylvania 17815.

3. The Plaintiff has resided in the Commonwealth of Pennsylvania for at least six (6) months immediately prior to the commencement of this action.

4. The Plaintiff and Defendant were married on June 17, 2023 in Columbia County, Pennsylvania.

5. No children were born of this marriage.

6. There has been no prior action of divorce between the parties.

7. Plaintiff has been advised that counseling is available and that Defendant may have the right to request that the Court require the parties to participate in counseling.

8. Neither the Plaintiff nor the Defendant is in the military or Naval services of the United States within the provisions of the Soldiers and Sailors Civil Relief Act.

**COUNT I**

**DIVORCE PURSUANT TO SECTION 3301(c) & 3301(d)**
**OF THE PENNSYLVANIA DIVORCE CODE**
**IRRETRIEVABLE BREAKDOWN**

9. The Plaintiff hereby incorporates by reference all of the averments contained in Paragraphs 1 through 8 of the Complaint as if the same were set forth at length.

10. The marriage is irretrievably broken.

11. After 90 days have elapsed from the date of the filing of this Complaint, Plaintiff intends to file an affidavit consenting to a divorce; Plaintiff believes that Defendant may also file an affidavit consenting to a divorce.

12. In the event that the parties do not execute and file an affidavit consenting to a divorce, Plaintiff intends to request a divorce pursuant to Section 3301(d) of the Pennsylvania Divorce Code..

13. The parties have been separated since April 22, 2025.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter a Decree in Divorce pursuant to Section 3301(c) or 3301(d) of the Pennsylvania Divorce Code.

Respectfully submitted,

MICHAEL I. BUTERA, ESQUIRE
Attorney for Plaintiff

Dated: July 9, 2025

## VERIFICATION

I, William Adam Paul Weiss, verify that the facts contained in the foregoing Complaint are true and correct to the best of my knowledge, information and belief. I make this statement subject to the penalties of 18 Pa. C.S.A. Section 4904 relating to unsworn falsification to authorities.

William Adam Paul Weiss

WILLIAM ADAM PAUL WEISS

Dated: 7-9-25

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: Attorney for Plaintiff

Signature: *[signature]*

Name: Michael I. Butera

Attorney No.: 23676

# Notice of Language Rights



Language Access Coordinator
200 N. River St. Wilkes-Barre, PA 18711
570-830-8406
languageaccesscoordinator@luzernecounty.org

**English:** You have the right to an interpreter at no cost to you. To request an interpreter, please inform court staff using the contact information provided at the top of this notice.

**Spanish/Español:** Usted tiene derecho a un intérprete libre de costo. Para solicitar un intérprete favor de informárselo al personal judicial utilizando la información provista en la parte superior de este aviso.

**Mandarin/Cantonese Simplified Chinese/普通话/粤语简体中文:** 您有权获得免费的口译员服务。若需要口译员，请使用本通知上方提供的联系信息通知法院工作人员。

**Mandarin/Cantonese Traditional Chinese/普通話/廣東話繁體中文:** 您有權要求免費傳譯服務。如欲要求傳譯服務，請參閱本通知頂部的聯絡資料，通知法庭職員。

**Arabic/العربية:** يحق لك الحصول على مترجم دون دفع أي تكلفة من جانبك. لطلب مترجم، نرجى إعلام موظفي المحكمة باستخدام معلومات الاتصال المقدمة في الجزء العلوي من هذا الإشعار.

**Russian/Русский:** У вас есть право на бесплатные услуги переводчика. Заявка на переводчика подается в суд по адресу, телефону или эл. почте, указанным выше в заголовке этого уведомления.

**Vietnamese/Tiếng Việt:** Quý vị có quyền được một thông dịch viên giúp mà không tốn chi phí nào cả, xin hãy báo cho nhân viên tòa án dùng thông tin liên lạc có ở trên đầu thông báo này.

**Nepali/नेपाली:** तपाईंको निःशुल्क रुपमा भाषा अनुवादक राख्न पाउने अधिकार छ। अनुवादकको लागि अनुरोध गर्न, यस सूचनाको माथि दिइएको सम्पर्क जानकारी भरेर अदालतका कर्मचारीहरूलाई जानकारी दिनुहोस्।

**Korean/한국어:** 귀하는 비용에 대한 부담 없이 통역 서비스를 받을 권리가 있습니다. 통역 서비스를 요청하려면 본 통지서의 상단에 기재된 연락처를 통해 법원 직원에게 알리십시오

**Polish/Polski:** Ma Pan/Pani prawo do nieodpłatnego skorzystania z usług tłumacza ustnego. Aby zwrócić się o wsparcie ze strony tłumacza ustnego, proszę skontaktować się z pracownikami sądu, korzystając z danych znajdujących się w górnej części niniejszego dokumentu.

**Punjabi/پنجابی/Pakistan:** تہاڈے کول بغیر ادائیگی کیتیاں اک مترجم حاصل کرن دا حق اے۔ مترجم دی درخواست کرن لئی، میربانی کر کے ایس نوٹس دے اوتے قرایم کیتیاں رابطے دیاں معلومات نوں ورتدیاں عدالت دے عملے نوں اطلاع دوو.

**Punjabi/ ਪੰਜਾਬੀ /India:** ਤੁਹਾਨੂੰ ਇਕ ਦੁਭਾਸ਼ੀਆ ਹਾਸਲ ਕਰਨ ਦਾ ਹੱਕ ਹੈ, ਜਿਸ ਦੀ ਤੁਹਾਨੂੰ ਕੋਈ ਲਾਗਤ ਨਹੀਂ ਲੱਗੇਗੀ। ਦੁਭਾਸ਼ੀਏ ਲਈ ਬੇਨਤੀ ਕਰਨ ਵਾਸਤੇ, ਕਿਰਪਾ ਕਰ ਕੇ ਅਦਾਲਤ ਦੇ ਅਮਲੇ ਨੂੰ ਜਾਣੂ ਕਰਵਾਉ ਤੇ ਇਸ ਲਈ ਇਸ ਨੋਟਿਸ ਦੇ ਸਿਖਰ ਉੱਤੇ ਦਿੱਤੀ ਸੰਪਰਕ ਜਾਣਕਾਰੀ ਦਾ ਇਸਤੇਮਾਲ ਕਰੋ।

**Portuguese/Português:** Você tem direito a um intérprete gratuitamente. Para solicitar um intérprete, informe à nossa equipe usando os dados de contato mostrados na parte superior deste aviso.

**Somali/Somaali:** Waxaad xaq u leedahay in lagu turjumo lacag la'aan ah. Si aad u codsato turjumaanka, fadlan u sheeg maxkamadda shaqaalaha adiga oo isticmaala macluumaadka ciwaanka kor lagu siiyay ee ogeysiiskaan.

**Haitian Creole/Kreyòl Ayisyen:** Ou gen dwa resevwa sèvis yon entèprèt gratis. Pou mande pou yon entèprèt, tanpri fè manm pèsonèl tribinal la konnen lè ou sèvi avèk enfòmasyon an yo te bay ou nan tèt avi sa a.

**French/Français:** Vous avez le droit de bénéficier gratuitement de l'assistance d'un interprète. Pour en faire la demande, veuillez en informer le personnel du tribunal à l'aide des coordonnées indiquées en haut de page.

EXHIBIT B

| | | |
|---|---|---|
| **WILLIAM ADAM PAUL WEISS,** | : | **IN THE COURT OF COMMON P[LEAS]** |
| **Plaintiff** | : | **of the 26th JUDICIAL DISTRICT** |
| | : | **OF PENNSYLVANIA** |
| **vs.** | : | **COLUMBIA COUNTY** |
| | : | **BRANCH** |
| **JESSICA WEISS,** | : | **NO. 844-CV-2025** |
| **Defendant** | : | **CUSTODY** |

FILED PROTH. COLUMBIA CO. PA
SEP 22 2025 AM9:38

**NOTICE**

TO: William Adam Paul Weiss

**YOU ARE HEREBY NOTIFIED** to plead to the enclosed Counterclaim within twenty (20) days from service hereof or a default judgment may be entered against you.

Respectfully submitted,

LEPLEY, ENGELMAN, YAW & WILK, LLC

Hank J. Clarke, Esquire
Pa. Attorney ID #209147
320 Market Street
Lewisburg, PA 17837
Phone: (570) 522-0505
Email: hankc@lepleylaw.com
*Attorney for Defendant*

| | | |
|---|---|---|
| **WILLIAM ADAM PAUL WEISS,**<br>**Plaintiff** | : | **IN THE COURT OF COMMON PLEAS** |
| | : | **of the 26th JUDICIAL DISTRICT** |
| | : | **OF PENNSYLVANIA** |
| **vs.** | : | **COLUMBIA COUNTY** |
| | : | **BRANCH** |
| **JESSICA WEISS,** | : | **NO. 844-CV-2025** |
| **Defendant** | : | **CUSTODY** |

FILED PROTH. COLUMBIA CO. PA
SEP 22 2025 AM9:38

**ANSWER AND COUNTERCLAIM**

**AND NOW,** comes the Defendant, Jessica Weiss, by and through her attorney Hank J. Clarke, Esquire and files this Answer and Counterclaim and respectfully represents as follows:

**FACTS COMMON TO ALL COUNTS**

1. Admitted

2. Denied. Defendant currently resides at 920 McGuire Road, Apartment 7, Bloomsburg Pennsylvania, 17815 in Columbia County

3-8. Admitted

**COUNT I**
**NO FAULT DIVORCE PURSUANT TO *SECTION 3301(C) AND (D) OF THE DIVORCE CODE***

9-10. Admitted.

11. This is a legal averment to which no answer is necessary. Insomuch as a response is required, this is denied.

12. No response necessary.

13. Admitted

**WHEREFORE,** Defendant, Jessica Weiss, respectfully requests this honorable Court enter an order severing the bonds of matrimony between Plaintiff and Defendant.

## COUNTERCLAIM

### COUNT II
### EQUITABLE DIVISION

12. Paragraphs (l) through (11) inclusive are incorporated herein by reference thereto and are made a part hereof.

13. During the course of this marriage, the parties hereto have accumulated certain items of real and personal property, as well as debts, which property and debts are subject to equitable distribution by this Court.

14. The Defendant requests the Court to equitably divide, distribute and/or assign the marital property and debts of the parties.

### COUNT III
### REASONABLE ATTORNEY'S FEES AND COSTS OF SUIT

15. Paragraphs (l) through (20) inclusive are incorporated herein by reference thereto and are made a part hereof.

16. The Defendant is without funds to support herself and to meet the costs and expenses of this litigation and is unable to maintain herself during the pendency of this action.

17. As a result of the foregoing, the Defendant requests this Court to issue an Order directing the Plaintiff to pay Defendant's counsel fees and costs.

**WHEREFORE**, the Plaintiff request this Honorable Court to:

a. Enter an Order dissolving the marriage between the two parties;

b. Enter an Order equitably divide the real and personal marital property of the parties;

c. Enter an Order directing the Defendant to pay the Plaintiff counsel fees and cost of this suit; and

d. Such other relief as this Honorable Court deems just and appropriate.

Respectfully submitted,

**LEPLEY, ENGELMAN, YAW & WILK, LLC**

Hank J. Clarke, Esquire
Pa. Attorney ID #209147
320 Market Street
Lewisburg, PA 17837
Phone: (570) 522-0505
Email: hankc@lepleylaw.com
*Attorney for Defendant*

**IN THE COURT OF COMMON PLEAS OF COLUMBIA COUNTY, PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM ADAM PAUL WEISS,** | : | |
| **Plaintiff** | : | **NO.** |
| | : | |
| **v.** | : | **CIVIL ACTION - LAW** |
| **JESSICA WEISS,** | : | |
| **Defendant** | : | **DIVORCE** |

**CERTIFICATE OF COMPLIANCE**

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Respectfully submitted,

**LEPLEY, ENGELMAN, YAW & WILK, LLC**

Hank J. Clarke, Esquire
Pa. Attorney ID #209147
320 Market Street
Lewisburg, PA 17837
Phone: (570) 522-0505
Email: hankc@lepleylaw.com
*Attorney for Defendant*