IN THE UNITED STATE BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Case No. 5:24-bk-02981-MJC |
| WILLIAM ADAM PAUL WEISS, IV | : |
| aka WILLIAM A. WEISS, IV | : Chapter 13 |
| aka WILLIAM A. WEISS | : |
| aka WILLIAM ADAM WEISS | : Judge: Mark J. Conway |
| aka WILLIAM ADAM PAUL WEISS | : |
| aka WILLIAM WEISS | : Hearing Date: October 27, 2026 at 10:00 A.M. |
| aka WILLIAM WEISS, IV | : |
| Debtor | : Objection Deadline: October 14th, 2026 |
| | : |
| v. | : |
| | : |
| JESSICA WEISS, | : |
| Movant | : |
| | : |
| v. | : |
| | : |
| WILLIAM ADAM PAUL WEISS, IV, et.al. | : |
| Respondent | : |

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY**

**PLEASE TAKE NOTICE,** that Hank J. Clarke, Esquire, Attorney for the Movant, Jessica Weiss, filed a Motion for Relief from Automatic Stay pursuant to 11 U.S.C. § 362(d)(1); vacating the automatic stay to permit Movant to conduct discovery in the Divorce Action pending in the Court of Common Pleas of Columbia County, Pennsylvania, docketed to No. 824 of 2025, solely for the purpose of equitable distribution of the marital estate; and naming The Court of Common Pleas of Columbia County, Pennsylvania as the appropriate forum for any discovery disputes arising in connection with such discovery and shall litigate any and all disputes arising therefrom.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before October 14th, 2026 you or your attorney must do all of the following:

a. File an answer explaining your position at:

United States Bankruptcy Court
Middle District of Pennsylvania

Max Rosen U.S. Courthouse
197 South Main Street, Room 274
Wilkes-Barre, PA 17801

b. Mail a copy to the Movant's Attorney:

Hank J. Clarke, Esquire
Lepley, Engelman, Yaw and Wilk, LLC
320 Market Street
Lewisburg, PA 17837
Phone: (570) 522-0505
Fax: (570) 522-0491
HankC@lepleylaw.com

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Judge Mark J. Conway at Max Rosenn U.S. Courthouse, 197 South Main Street, Room 274, Wilkes-Barre, PA 18701 on October 27th, 2026 at 10:00 a.m., unless otherwise ordered by the Court.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 570-831-2500 to find out whether the hearing has been canceled because no one filed an answer.

Respectfully submitted,

**LEPLEY, ENGELMAN, YAW & WILK, LLC**

Hank J. Clarke, Esquire
Pa. Attorney ID #209147
320 Market Street
Lewisburg, PA 17837
Phone: (570) 522-0505
Email: hankc@lepleylaw.com
*Attorney for Movant*

**Dated:** September 30th, 2026

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| WILLIAM ADAM PAUL WEISS, IV | : Chapter 13 |
| aka WILLIAM A. WEISS, IV | : |
| aka WILLIAM A. WEISS | : |
| aka WILLIAM ADAM WEISS | : |
| aka WILLIAM ADAM PAUL WEISS | : |
| aka WILLIAM WEISS | : |
| aka WILLIAM WEISS, IV | : |
| Debtor | : Case No. 5:24-bk-02981-MJC |
| | : |
| v. | : |
| | : |
| JESSICA WEISS, | : |
| Movant | : |
| | : |
| v. | : |
| | : |
| WILLIAM ADAM PAUL WEISS, IV, et.al. | : |
| Respondent | : |

**ORDER OF COURT**

Hank J. Clarke, Esquire, of Lepley, Engelman, Yaw & Wilk LLC, Attorney for the Movant, Jessica Weiss, served a copy of the Notice of Motion for Relief from Automatic Stay and Proposed Orders upon all individuals listed on the attached mailing matrix via first class mail/postage pre-paid as well as:

Jason P. Provinzano, Esquire
Law Offices of Jason P. Provinzano
16 W. Northampton Street
Wilkes-Barre, PA 18701

William Adam Paul Weiss, IV
Michael I. Butera, Esquire
159 S. Main Street,
Pittston, PA 18640

Jessica Weiss
920 McGuire Road, Apartment 7
Bloomsburg, PA 17815

| | |
|---|---|
| Jack N. Zaharopoulos, Chapter 13 Trustee | via CM/ECF |
| Brent J. Lemon, Counsel for Pennymac Laon Services, LLC | via CM/ECF |
| The United States Trustee | via CM/ECF |

Respectfully submitted,

**LEPLEY, ENGELMAN, YAW & WILK, LLC**

Hank J. Clarke, Esquire
Pa. Attorney ID #209147
320 Market Street
Lewisburg, PA 17837
Phone: (570) 522-0505
Email: hankc@lepleylaw.com
*Attorney for Movant*

Quantum3 Group LLC as Agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701-1500

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Citibank
Citicorp Cr Servs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 6379-040

Citibank
PO Box 6217
Sioux Falls, SD 57117-6217

ECSI
181 Montour Run Road
Coraopolis, PA 15108-9408

ECSI
ATTN Bankruptcy
1200 Cherrington Pkwy
St 200
Coraopolis, PA 15108-4354

First National Bank of Pennsylvania
4140 E. State Street
Hermitage, PA 16148-3401

First National Bank of Pennsylvania
Attn: Legal Department
3015 Glimcher Blvd
Hermitage, PA 16148-3343

(p) First Tech Federal Credit Union
Attn Sam Bankruptcy
PO Box 2100
Beaverton, OR 97076-2100

First Tech FCU
Attn: Bankruptcy
9960 Stevens Creek Blvd
Cupertino, CA 95014

First Tech Federal Credit Union
Attn: Bankruptcy PO Box 2100
Beaverton, OH 97075

(p) Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud, MN 56302-799

Mohela
120 N. Seven Oaks Drive
Knoxville, TN 37922-2539

(p) Mohela
Claims Department
63 Spirit Drive
Chesterfield, MO 63005-1243

(p) Portfolio Recovery Associates LLC
PO Box 41067
Norfolk, VA 23541

PenFed CU
1001 N. Fairfax Street
Alexandria, VA 22314-1797

PenFed CU
2930 Eisenhower Ave
Alexandria, VA 22314-4557

PennyMac Loan Services, LLC
PO Box 2410
Moorpark, CA 93020-2410

PennyMac Loan Services, LLC
PO Box 514387
Los Angeles, CA 90051-4387

Quantum3 Group LLC as Agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Service 1st FCU
1985 Montour Blvd
Danville, PA 17821-8160

Services 1st FCU
Attn: Bankruptcy
1985 Montour Blvd
Danville, PA 17821-8160

Synchrony Bank/Amazon
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Amazon
PO Box 71737
Philadelphia, PA 19176-1737

Synchrony/Paypal Credit
Attn: Bankruptcy
PO Box 965064
Orlando, FL 32896-5064

PennyMac Loan Services, LLC
Attn: Correspondence
Unit PO Box 514387
Los Angeles, CA 90051-4387

Label Matric for Local Noticing
Case 5:24-BK-02981-MJC
Middle District of Pennsylvania
Wilkes-Barre
8/5/2026 2:49:46 PM

Synchrony/Paypal Credit
PO Box 71727
Philadelphia, PA 19176-1727

Synovus Bank
Attn: Bankruptcy
1111 Bay Ave
Columbus, GA 31901-5218

Synovus Bank
PO Box 31293
Salt Lake City, UT 84131-0293

(p) The Department of Education
ATTN ECSI Federal Perkins Loan Servicer
1200 Cherrington Parkway Suite 200
Moon Twp, PA 15108-4354

United States Trustee
US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102-1104

(p) Jack N. Zaharopoulos
Attn: Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown PA 17036-8625

Jason Paul Provinzano
Law Offices of Jason P. Provinzano, LLC
16 W. Northampton Street
Wilkes-Barre, PA 18701-1708

William Adam Paul Weiss, IV
224 East 9th Street
Bloomsburg, PA 17815-2886

Citibank
PO Box 6217
Sioux Falls, SD 57117-6217

The preferred mailing address (p) above has been substituted for the following entity/entities in a notice of Address filed pursuant to 11 U.S.C 342(f) and Entity/entities as so specified by said Fed.R.Bank.P. 2002 (g)(4).

FirstTech FCU
1011 Sunset Blvd
Rocklin, CA 95765-3782

Jefferson Capital Systems LLC
PO Vox 7999
St. Cloud, MN 56302

Mohela
Attn: Bankruptcy
633 Spirit Dr
Chesterfield, MO 63005-1243

(d) Mohela/Dept of Ed
633 Spirit Drive
Chesterfield, MO 63005-1243

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk, VA 23541

The Department of Education
ATTN ECSI Federal Perkins Loan Servicer
1200 Cherrington Parkway Suite 200
Moon Twp, PA 15108-4354

Jack N. Zaharopoulos
Attn: Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown PA 17036-8625

The following recipients may be/have been bypassed for notice due an Undeliverable (u) or duplicate (d) address

(u) PennyMac Loan Services, LLC

(d) Quantum3 Group LLC as Agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788