United States Bankruptcy Court
Middle District of Pennsylvania

In re: William Adam Paul Weiss, IV
Debtor

Case No. 24-02981-MJC
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5 | User: AutoDocke | Page 1 of 1
Date Rcvd: Oct 26, 2026 | Form ID: pdf010 | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Hank J. Clarke, 140 East Third Street, Williamsport, PA 17701-6636 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Hank J Clarke | on behalf of Creditor Jessica Weiss hankc@lepleylaw.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 1 William Adam Paul Weiss IV MyLawyer@JPPLaw.com, g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>WILLIAM ADAM PAUL WEISS, IV<br>aka WILLIAM A. WEISS, IV<br>aka WILLIAM A. WEISS<br>aka WILLIAM ADAM WEISS<br>aka WILLIAM ADAM PAUL WEISS<br>aka WILLIAM WEISS<br>aka WILLIAM WEISS, IV<br>Debtor<br><br>JESSICA WEISS,<br>Movant<br><br>v.<br><br>WILLIAM ADAM PAUL WEISS, IV, et.al.<br>Respondent | Chapter 13<br><br>Case No. 5:24-bk-02981-MJC |

## ORDER

Upon consideration of the Amended Motion for Relief from Automatic Stay filed on behalf of Jessica Weiss, Doc. 39 ("Amended Motion"), after counsel's certification that proper notice was provided to all parties entitled to notice, no responses having been filed thereto, it is hereby

**ORDERED** that the Amended Motion is **GRANTED**; it is further

**ORDERED** that Movant is granted relief from the automatic stay pursuant to 11 U.S.C. §362(d)(1) to permit Movant to conduct discovery in the Divorce Action pending in the Court of Common Pleas of Columbia County, Pennsylvania, Docket No. 824 of 2025, solely for the purpose of equitable distribution of the marital estate; and it is further

**ORDERED** that the Court of Common Pleas of Columbia County, Pennsylvania is the appropriate forum for any discovery disputes arising in connection with such discovery and shall litigate any and all disputes arising therefrom.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: October 26, 2026